IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALLACE D. HURST,

       Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
VECELLIO & GROGAN, INC.,

       Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4640

Opinion filed December 7, 2017.

An appeal from Reemployment Assistance Appeals Commission.
Frank Brown, Chairman.

Wallace Hurst, pro se, Appellant.

Norman A. Blessing, General Counsel, Amanda L. Neff, Chief Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

      AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and WINOKUR, JJ., CONCUR.